# United States Court of Appeals
## For the First Circuit

---

Nos. 15-1224
     15-1510

RFF FAMILY PARTNERSHIP, LP,

Plaintiff, Appellant,

v.

STEVEN A. ROSS, individually and in his capacity as
Trustee of BD Lending Trust; LINK DEVELOPMENT, LLC,

Defendants, Appellees.

---

**ERRATA SHEET**

The opinion of this Court issued on February 18, 2016, is amended as follows:

On page 24, line 3, "for" is changed to "with".